IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY MORLEY and WENDY MORLEY                                PLAINTIFFS

v.                      No. 3:16-cv-110-DPM

MEDIC ONE LLC, d/b/a Medic One-Arkansas;
DANIEL RIVERA; DESIREE HAWKINS BYRD;
JOHN DOES, 1-6; AIR EVAC EMS INC., d/b/a
Air Evac Lifeteam; JIM TOLEWITZKE;
BROOKLAND FIRE PROTECTION DISTRICT;
AMERICAN ALTERNATIVE INSURANCE
CORPORATION; and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURG, PA                                              DEFENDANTS

## ORDER

The Court notes the Morleys' notice of voluntary dismissal, № 51. All claims against National Union Fire Insurance Company of Pittsburgh, PA are dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i). Motion, № 45, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2017