IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY MORLEY and WENDY MORLEY                    PLAINTIFFS

v.                        No. 3:16-cv-110-DPM

MEDIC ONE LLC, d/b/a Medic One–Arkansas;
DANIEL RIVERA;  DESIREE HAWKINS BYRD;
JOHN DOES, 1–6;  AIR EVAC EMS, INC., d/b/a
Air Evac Lifeteam;  JIM TOLEWITZKE;
BROOKLAND FIRE PROTECTION DISTRICT;
and AMERICAN ALTERNATIVE
INSURANCE CORPORATION                          DEFENDANTS

ORDER

Air Evac's motions to strike and dismiss cross-claims, № 76 &
№ 86, are denied.  The Court has already ruled on the timing issues.
№ 72.  It also granted permission for Medic One's cross-claim.  The
Brookland defendants have stated claims for contribution and
indemnity, too.  Given that those who are potentially responsible to the
Morleys are parties, the apportionment issue seems straightforward.
There is no limitations issue.  But this case is bogged down in the
pleadings.  The Court therefore notes Air Evac's preservation of its
arguments and denies its motions on the cross-claims.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

30 January 2018