IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY MORLEY and WENDY MORLEY                                    PLAINTIFFS

v.                         No. 3:16-cv-110-DPM

MEDIC ONE LLC, d/b/a Medic One–Arkansas;
DANIEL RIVERA; DESIREE HAWKINS BYRD;
AIR EVAC EMS, INC., d/b/a Air Evac Lifeteam;
JIM TOLEWITZKE; BROOKLAND FIRE
PROTECTION DISTRICT;
and AMERICAN ALTERNATIVE
INSURANCE CORPORATION                                          DEFENDANTS

and

DAMIEN WESBY                                                   PLAINTIFF

v.                         No. 3:16-cv-235-DPM

GLOBE MANUFACTURING
COMPANY, LLC; CASCO INDUSTRIES, INC.;
and JOHN DOES B-Y, Unknown Defendants                          DEFENDANTS

ORDER

1. These two cases are set for trial on 8 April 2019 in Jonesboro in age-order, as reflected in the docket numbers. The Court has ruled on dispositive motions in *Morley*. The parties have a settlement conference before Magistrate Judge Deere on 11 March 2019. There were no dispositive motions in *Wesby*, but unripe motions *in limine* are pending.

2. The Court can only try one of these cases the week of April 8th. And it will not be clear for some time which case is going to trial. The Court therefore sets a pretrial in both cases for 10:30 a.m. on Wednesday, 20 March 2019 in Jonesboro Courtroom 324. If the Court can address the pending *Wesby* motions before the pretrial, it will. If it does not counsel should come prepared to argue them, as well as address other trial-related issues.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019