IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY MORLEY and WENDY MORLEY                                PLAINTIFFS

v.                      No. 3:16-cv-110-DPM

MEDIC ONE LLC, d/b/a Medic One-Arkansas;
DANIEL RIVERA; DESIREE HAWKINS BYRD;
AIR EVAC EMS, INC., d/b/a Air Evac Lifeteam;
JIM TOLEWITZKE; BROOKLAND FIRE
PROTECTION DISTRICT; and AMERICAN
ALTERNATIVE INSURANCE CORPORATION          DEFENDANTS

## ORDER

With Magistrate Judge Deere's help, the parties have settled. № 151. Congratulations. All motions *in limine*, № 128, 130, 133, 135, 137, 139 & 141, are denied without prejudice as moot. The Court will dismiss the case and retain jurisdiction for a time to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2019