# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROY MORLEY and WENDY MORLEY                                PLAINTIFFS

v.                      No. 3:16-cv-110-DPM

MEDIC ONE LLC, d/b/a Medic One-Arkansas;
DANIEL RIVERA; DESIREE HAWKINS BYRD;
JOHN DOES, 1-6; AIR EVAC EMS, INC., d/b/a
Air Evac Lifeteam; JIM TOLEWITZKE;
BROOKLAND FIRE PROTECTION DISTRICT;
AMERICAN ALTERNATIVE INSURANCE
CORPORATION; and NATIONAL UNION
FIRE INSURANCE COMPANY
OF PITTSBURGH, PA                                          DEFENDANTS

## JUDGMENT

1. All claims against National Union Fire Insurance Company of Pittsburgh, PA, are dismissed without prejudice.

2. All claims against the John Doe defendants are dismissed without prejudice.

3. All other claims by all parties are dismissed with prejudice. The Court retains jurisdiction until 26 April 2019 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2019